# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTOPHER ALTHOUSE,

    Plaintiff

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant

Case No.: 3:19-cv-00551-LRH-WGC

**Order**

Re: ECF No. 11

The Joint Discovery Plan and Scheduling Order filed at ECF No. 11 is **APPROVED**, except that the court will not require the parties to submit an interim status report as provided for in paragraph 4.

**IT IS SO ORDERED**.

Dated: December 20, 2019

                                                  William G. Cobb
                                                United States Magistrate Judge