# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

CHRISTOPHER ALTHOUSE,

                Plaintiff(s),

vs.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

                Defendant(s).

Case No. 3:19-cv-00551-LRH-WGC

## SUBSTITUTION OF ATTORNEY

Union Pacific Railroad Company (Defendant) hereby substitutes
(Name of Party)

Stephanie L. Quinn, Esq.; Murphy, Campbell, Alliston & Quinn
(New Attorney)

(Address): 8801 Folsom Blvd, Suite 230, Sacramento, CA 95826

(Telephone): (916) 400-2300, as attorney of record in place and stead of: Melissa A. Sandoval, Esq.; Union Pacific Railroad Company
(Present Attorney)

DATED: 9/24/2020          _[signature] Benton R Box_
                                          (Signature of Party)

I consent to the above substitution.

DATED: 09-24-20          _[signature] Melissa Sandoval_
                                            (Signature of Present Attorney)

. . .

. . .

. . .

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 09-24-20

(Signature of New Attorney)

Please check one: __x__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: September 25, 2020

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

2

6/95